```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

MALCOLM LOUIS LEBLANC, ET AL   *        CIVIL ACTION

VERSUS                         *        NO: 05-5485

CHEVRON USA INC., ET AL        *        SECTION: "D"(5)
```

## ORDER AND REASONS

Before the court is the **"Motion to Strike Untimely Affidavits of Defendants' Experts-Bickers, Raabe and Paustenbach" (Doc. No. 113)** filed by Plaintiffs, Malcolm Louis LeBlanc, Victoria Richaux LeBlanc, Timothy L. LeBlanc and Heidi M. LeBlanc. Defendants filed a memorandum in opposition. The motion is before the court on briefs, without oral argument.

Now, having considered the memoranda of counsel, the record, and the applicable law, the court **GRANTS** the motion. While the court found it appropriate to consider the expert reports of Drs. Bickers, Raabe and Paustenbach in connection with Defendants' *Daubert* "Motion in Limine to Exclude Reports and Testimony of Dr. Frank Gardner, and Motion for Summary Judgment," the court found consideration of these experts' Affidavits could potentially

prejudice Plaintiffs if the Affidavits contained opinions outside the experts' reports.

New Orleans, Louisiana, this **18th** day of **June**, **2007**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE