```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

MALCOLM LOUIS LEBLANC, ET AL   *        CIVIL ACTION

VERSUS                          *        NO: 05-5485

CHEVRON USA INC., ET AL         *        SECTION: "D"(5)

## ORDER AND REASONS

Before the court are the following motions filed by Plaintiffs, Malcolm Louis LeBlanc, Victoria Richaux LeBlanc, Timothy L. LeBlanc and Heidi M. LeBlanc:

(1) **"Motion to Exclude Testimony of Defendants' Putative Epidemiologist Gerhard Raabe" (Doc. No. 96);** and

(2) **"Motion to Strike Untimely Affidavit of Gerhard Raabe" (Doc. No. 116).**

Defendants filed memoranda in opposition. The motion are before the court on briefs, without oral argument. Now, having considered the memoranda of counsel, the record, and the applicable law, the court **DENIES** Plaintiffs' **"Motion to Exclude Testimony of Defendants' Putative Epidemiologist Gerhard Raabe" (Doc. No. 96)**

for reasons set forth in footnote ___ of the court's "Order and Reasons" (Doc. No. __), granting the Defendants' "Motion in Limine to Exclude Reports and Testimony of Dr. Frank Gardner, and Motion for Summary Judgment."  However, the court **GRANTS** Plaintiffs' **"Motion to Strike Untimely Affidavit of Gerhard Raabe" (Doc. No. 116).**  While the court found it appropriate to consider Dr. Raabe's expert report in connection with Plaintiffs' *Daubert* "Motion to Exclude Testimony of Defendants' Putative Epidemiologist Gerhard Raabe," the court found consideration of Dr. Raabe's Affidavit could potentially prejudice Plaintiffs if the Affidavit contained opinions outside Dr. Raabe's report.

New Orleans, Louisiana, this **18th** day of **June**, **2007**.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE